Decided September 9, 2009

## STATE OF CONNECTICUT *v.* RORY COLEMAN

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 722 (AC 29158), is denied.

*Annacarina Jacob*, senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 9, 2009